**Dismiss and Opinion Filed April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00411-CR

**CHADRICK OTIS HAVEN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-60734-N**

# MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Chadrick Haven was convicted of murder. Sentence of forty years' imprisonment was imposed in open court on November 21, 2014. Appellant filed a timely motion for new trial; therefore his notice of appeal was due by Monday, February 23, 2015. *See* TEX. R. APP. P. 4.1, 26.2(a)(2). To obtain the benefit of the fifteen-day extension period provided by rule 26.3, appellant had to file both his notice of appeal in the trial court and an extension motion in this Court by March 10, 2015. *See* TEX. R. APP. P. 26.3. Appellant's notice of appeal is file-stamped March 26, 2015, and the certificate of service is dated March 20, 2015. Both dates are outside the fifteen-day period allowed by rule 26.3. Appellant's untimely notice of appeal leaves us

without jurisdiction over the appeal.[1]  *See* TEX. R. APP. P. 26.2(a)(2); *Ex parte Castillo*, 369 S.W.3d 196, 199 (Tex. Crim. App. 2012) (timely filing of written notice of appeal jurisdiction prerequisite); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss the appeal for want of jurisdiction.

/David L. Bridges/

Do Not Publish
TEX. R. APP. P. 47
150411F.U05

DAVID L. BRIDGES
JUSTICE

---

[1] By letter dated April 8, 2015, the Court notified appellant and the State of the jurisdictional issue, and directed the parties to file briefs addressing our jurisdiction over the appeal.  Neither party filed a jurisdictional brief.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHADRICK OTIS HAVEN, Appellant

No. 05-15-00411-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-60734-N.
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered April 30, 2015.